JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA K., | NO. EDCV 25-234-AGR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FRANK BISIGNANO, | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and this matter is remanded for further proceedings consistent with the Opinion and Order filed concurrently herewith.

DATED: December 1, 2025

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

1