Wendy B. Pfau, SBN: 257215
**POTTER, PADILLA & PFAU**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
Email: wpfau@potterpadillalaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOSHUA MICHAEL KEHOE,

          Plaintiff,

    vs.

FRANK BISIGNANO, Commissioner
of Social Security,

          Defendant

) Case No.: EDCV 25-00234-AGR
)
) **[PROPOSED] ORDER AWARDING**
) **EQUAL ACCESS TO JUSTICE**
) **ACT ATTORNEY FEES**
) **PURSUANT TO 28 U.S.C. § 2412(d)**
)
)
)
)
)
)
)

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

IT IS ORDERED that the Commissioner shall pay Plaintiff for attorney fees in the amount of $9,200 (Nine Thousand, Two Hundred Dollars and No Cents) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)., subject to the terms of the above-referenced Stipulation.

Date: February 5, 2026               *alicia G. Rosenberg*
                              ALICIA G. ROSENBERG
                              UNITED STATES MAGISTRATE JUDGE

-1-